

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-17-00073-CV**

**IN THE MATTER OF A.J., A JUVENILE**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 418-J-15**

**ORDER**

By letter dated March 22, 2017, we requested a response from appellant as to why this Court has jurisdiction over this appeal when the Order Modifying Disposition was signed by the referee on August 29, 2016 but not adopted by the trial court until February 16, 2017, in violation of section 54.10(d) of the Texas Family Code.

On April 3, 2017, appellant responded that, since our dismissal of appellant's first appeal of the referee's Order, appellant has been released from placement and has been discharged fully from juvenile probation. However, appellant contends that this Court still has jurisdiction of this appeal. It would appear to the Court that, with the release of appellant and the discharge of appellant from juvenile probation, the appeal is now moot.

We note that appellant did not reference the correct, pending appeal case number

in the response. Instead, appellant referenced the dismissed appellate number, 10-16-00329-CV, which caused the Clerk of this Court to file the response in the wrong appellate case. Further, appellant did not serve the response on counsel for the State as required by Texas Rule of Appellate Procedure 9.5. We have cautioned appellant's counsel before about not following the rules of appellate procedure when counsel should know better.

Accordingly, appellant is ORDERED to serve the State with the response dated April 3, 2017, within 7 days from the date of this Order and simultaneously provide a proper proof of service to the Court. The failure to serve the State and simultaneously provide proper proof of service to the Court will result in the striking of the response, the Court proceeding as if no response is filed, and the Court dismissing this appeal for failure to comply with a court order, *see* TEX. R. APP. P. 42.3(c), and for want of jurisdiction because the appeal is moot. *Id.* (a)

The Clerk of this Court is ordered to file in appellate case number 10-17-00073-CV the response by appellant dated April 3, 2017 and filed in appellate case number 10-16-00329-CV.

Further, the State is ordered to respond to appellant's response dated April 3, 2017, within 14 days from the date it is served on the State.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed April 19, 2017

